UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BARBARA SUMMEY MARSHALL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-482-FL |
| AMERICAN BROADCASTING ) | |
| COMPANIES, INC., ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss plaintiff's complaint, defendant's motion for sanctions, plaintiff's motion for joinder and plaintiff's motion for oral argument.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED, defendant's motion for sanctions is DENIED, plaintiff's motions for oral argument and joinder are DENIED.

**This Judgment Filed and Entered on April 29, 2019, and Copies To:**
Barbara Summey Marshall (via US mail) 7640 Wilkins Drive, Fayetteville, NC 28311
Justin David Howard / Tracy Nicole Demarco (via CM/ECF Notice of Electronic Filing)


April 29, 2019                    PETER A. MOORE, JR., CLERK

                                                   /s/ Sandra K. Collins
                                                   (By) Sandra K. Collins, Deputy Clerk